UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-80067-CV-DIMITROULEAS

YOLANDE DOVALUS,

    Petitioner,

v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

    Respondents.
_____/

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

**THIS CAUSE** is before the Court on Petitioner Yolande Dovalus's ("Petitioner") *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition"). [ECF No. 1]. The Court has considered the Petition [DE 1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. No later than **January 26, 2026**, Respondents shall file a response to the Petition and Motions.[1]

2. The Clerk is directed to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of January, 2026.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] The Court puts parties on notice of its previous rulings in *Acosta v. Ripa, et. al.,* Case No. 25-cv-62360-WPD [DE 18] and *Taffur v. Noem, et. al.* Case No. 25-cv-62308-WPD [DE 12].

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov