UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-80067-CV-DIMITROULEAS

YOLANDE DOVALUS,

     Petitioner,

v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

     Respondents.

                                 /

## ORDER DENYING CHANGE OF VENUE, WITHOUT PREJUDICE; REQUIRING RESPONSE

**THIS CAUSE** is before the Court on Respondents' unsworn January 23, 2026 Motion to Change Venue [DE-8].  The Court has considered the sworn Petition, including the copy of half of the envelope which unfortunately did not contain the postmark [DE 1] and is otherwise fully advised in the premises.

If the Court finds that the Petition was filed in this district, Petitioner's later transfer does not deprive this Court of jurisdiction. *See Rumsfeld v. Padilla,* 542 U.S. 426, 440-41 (2004). Petitioner signed the Petition on January 9, 2026, certifying that she was in Florida when the Petition was filed. [DE-1, pp. 8, 22]. Copies of the Petition were purportedly sent to various governmental entities that might have a postmark, indicating whether the petition was filed in Florida, as Petitioner states, or in Louisiana, as respondent suggests. The Clerk's office did not keep the envelope that contains the postmark, although other recipients might have. On January 12, 2026, Petitioner sent a change of address, alleging she was transported, after she "filed" her

Petition with authorities in the Southern Distrct of Florida. [DE-4]. However, there is a Proof of Service dated January 6, 2020, in Louisiana purportedly signed by Petitioner. [DE-1-1, p. 10].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

The Motion to Change Venue [DE-8] is **DENIED**, without prejudice to the Government showing that the Petition was given to authorities in Louisiana and not in Florida, as Petitioner alleges.

No later than **February 2, 2026**, Respondents shall file a response to the Court's request and/or to the Petition.

The Clerk is directed to send copies of this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov

Alexander DerGarabedian, AUSA

Yolande Dovalus # A78636011
Richwood Corr. Center
Inmate Mail
180 Pine Bayou Cir NA
Monroe, La. 71202